# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Taryn A. Merkl                       DATE:   1/11/23

DOCKET NUMBER:   23CR13(NRM)                        Log #:   3:13 – 3:26

DEFENDANT'S NAME:   Tyler Scott Johnston
                   ✓ Present   ___ Not Present     ✓ Custody   ___ Bail

DEFENSE COUNSEL:   Lane Blessum
                   ~~Leticia Olivera~~
                   ___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A:   Margaret Schierberl            CLERK:   Felix Chin

INTERPRETER:                                    (Language)

✓ Defendant arraigned on the:  ✓ indictment  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ✓ Defendant's first appearance.

    ___ Bond set at _____.  Defendant ___ released ___ held pending satisfaction of bond conditions.

    ___ Defendant advised of bond conditions set by the Court and signed the bond.

    ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

    ___ (Additional) surety/ies to co-sign bond by _____

    ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 1/11/23   Stop 2/21/23

✓ Rule 5f warnings given to the govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 2/21/23 @ 10:00 before Judge Morrison

Other Rulings: _____
_____
_____
_____