```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA          :
                                  :
                                  :   BOND MODIFICATION ORDER
      - v -                       :
                                  :   23 Cr. 13 (NRM)
TYLER JOHNSTON,                   :
                                  :
            Defendant.            :
----------------------------------X
```

Nina Morrison, United States District Judge.

Upon the application of Samuel Jacobson, Esq., counsel for Tyler Johnston, the defendant in the above captioned case, it is hereby ORDERED that the January 25, 2023 Order Setting Conditions of Release be modified as follows:

(1) The defendant must remain in and may not leave the following areas without Court permission: Oklahoma and Arkansas, and travel to and from this Court and the permitted areas.

(2) The defendant is not permitted, while residing in Oklahoma, to cross south over ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Oklahoma, into the main family property or family residence.

(3) The defendant is not permitted to work on the family farm, or enter the poultry building or any other buildings or facilities on the family property south of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Oklahoma.

All other previously imposed conditions of release will remain in place.

Dated:  Brooklyn, New York          SO ORDERED.
        September **19**, 2023
                                    _____/s/ NRM_____
                                    HONORABLE NINA R. MORRISON
                                    UNITED STATES DISTRICT JUDGE