```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA            :
                                    :
                                    :    BOND MODIFICATION ORDER
          - v -                     :
                                    :    23 Cr. 13 (NRM)
TYLER JOHNSTON,                     :
                                    :
               Defendant.           :
-----------------------------------X
```

Nina Morrison, United States District Judge.

It is hereby ORDERED that the January 25, 2023 Order Setting Conditions of Release be modified as follows:

(1) The defendant may reside in a residence pre-approved by Pretrial Services in Sunnyvale, Texas; Oklahoma; or Arkansas, and must remain in and may not leave those areas without Court permission, with the exception of travel to and from this Court and the permitted areas.

(2) The defendant is precluded from ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ on his family's farm, located at 1 ⬛⬛⬛⬛⬛⬛⬛⬛⬛ Muldrow, Oklahoma 74948.

All other previously imposed conditions of release will remain in place.

Dated:  Brooklyn, New York         **SO ORDERED.**
        September ___, 2023
                                   _____
                                   HONORABLE NINA R. MORRISON
                                   UNITED STATES DISTRICT JUDGE